| | |
|---|---|
| 1 | Law Offices of Jonathan D. Montag |
|  | P.O. Box 124801 |
| 2 | San Diego, CA  92112 |
|  | (619) 230-1420 |
| 3 | |
|  | Jonathan D. Montag, Esq. |
| 4 | Cal. State Bar No. 174822 |
|  | jdmontag@montaglaw.com |
| 5 | Attorney for Mr. Omar Abdullah Hassan |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omar Abdullah Hassan, | Civil No. 18CV 1982 WQH-WVG |
| Plaintiff, | |
| v. | **Proof of Service** |
| Alanna Y. Ow, District Director, San Diego District, U.S. Citizenship and Immigration Services, | |
| L. Francis Cissna, Director, United States Citizenship and Immigration Services, | |
| Kirstjen Nielsen, Secretary, Department of Homeland Security, | |
| Jefferson Beauregard Sessions III Attorney General of the United States, | |
| Defendants. | |

I, Jonathan D. Montag, attorney for Mr. Omar Abdullah Hassan, Plaintiff in this action, a citizen of the United States over the age of eighteen years and a resident of San Diego County, California, with business street address being 110 West C Street, Suite 1809, San Diego, California, and postal address as noted above, and not a party to the above-entitled action, hereby certify that on August 30, 2018, I caused to be served by certified mail to the defendants, to Attorney General Jefferson Beauregard Sessions III, and to the Office of the Attorney General in San Diego, California, the Complaint for a Writ in the Nature of Mandamus and a summons.

///

1 | The documents were delivered as documented by the attached shipping confirmations
2 | from the United States Postal Service.

                          s/ Jonathan D. Montag

                          _____
                          Jonathan D. Montag
                          Attorney for Mr. Omar Abdullah Hassan